**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   20-cv-03396-LTB

MARY DORING,

        Plaintiff,

v.

DUANE HARTSHORN, M.D.,
APYX MEDICAL CORPORATION,

        Defendants.
_____

**ORDER**
_____

Upon Defendant Apyx Medical Corporation's Notice of Voluntary Withdrawal of Notice of Removal (Doc 26 - filed December 7, 2020), it is

ORDERED that the Motion is GRANTED and this case is REMANDED to Mesa County District Court, State of Colorado.

BY THE COURT:


          s/Lewis T. Babcock_____
        Lewis T. Babcock, Judge

DATED:   December 9, 2020